# IN THE SUPREME COURT OF THE STATE OF NEVADA

SUSAN LEAVITT, F/K/A SUSAN ABBATANGELO,

Appellant,

vs.

ANTHONY L. ABBATANGELO,

Respondent.

No. 70004

**FILED**

MAY 1 0 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Hon. Linda Marquis, District Judge, Family Court Division
        Law Offices of Kermitt L. Waters
        Alan J. Buttell & Associates
        The Jimmerson Law Firm, P.C
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-14596